# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 08-2484

_____

| | | |
|---|---|---|
| Capital Promotions, L.L.C., | * | |
| | * | |
| Plaintiff - Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Southern District of Iowa. |
| Don King, | * | |
| | * | **[UNPUBLISHED]** |
| Defendant - Appellee. | * | |

_____

Submitted: January 14, 2009
Filed: January 26, 2009

_____

Before LOKEN, Chief Judge, WOLLMAN and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Capital Promotions, L.L.C., commenced this diversity action in the United States District Court for the Southern District of Iowa, alleging that boxing promoter Don King tortiously interfered with Capital's exclusive contractual relationship with boxer Tyeson Fields. King moved to dismiss for lack of personal jurisdiction. Conceding that King is a Florida resident without assets, agents, property, or physical presence in Iowa, Capital argued that personal jurisdiction is proper because King made phone calls to Capital's officials in Iowa, and because Capital, an Iowa corporation, bore the brunt of the harm caused by King's tortious conduct.

The district court[1] granted the motion to dismiss, concluding in a thorough opinion that King lacked minimum contacts with Iowa sufficient under Iowa law and the Due Process Clause to subject him to the personal jurisdiction of an Iowa court. Capital appeals. After careful review of the record, we affirm for the reasons stated in the district court's order dated June 6, 2008. See 8th Cir. R. 47B.

_____

---

[1]The HONORABLE ROBERT W. PRATT, Chief Judge of the United States District Court for the Southern District of Iowa.